# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL No. 3:14cr00215 (JAM) |
| v. | |
| PAUL PERROTTI | DECEMBER 16, 2014 |

## WAIVER OF RIGHT TO SPEEDY TRIAL

I, Paul Perrotti, hereby waive my rights to a speedy trial in the above captioned matter, and respectfully request an enlargement of the time of the trial from January 9, 2015 until July/August 2015.

_____         12/16/14
Paul Perrotti                                                Date

Respectfully submitted,
THE DEFENDANT, Paul Perrotti,

By:/s/ Martin J. Minnella
Martin J. Minnella
Minnella, Tramuta & Edwards, LLC.
530 Middlebury Rd. Suite 103B
Middlebury, CT 06762
Ph. 203. 593. 1411
Fax. 203. 757. 9313
Email. johannas@mtelawfirm.com
Federal Bar No. CT038195

**ORDER**

The defendant's Waiver of Right to Speedy Trial is hereby: GRANTED   /   DENIED

SO ORDERED this ____ day of December 2014, in Bridgeport, Connecticut.

_____
Hon. Jeffrey A. Meyer, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL No. 3:14cr00215 (JAM) |
| v. : | |
| : | |
| PAUL PERROTTI : | DECEMBER 16, 2014 |
| : | |

**CERTIFICATION**

I, Martin J. Minnella, hereby certify that on December 16, 2014, a copy of the foregoing Waiver of Speedy Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Martin J. Minnella
Martin J. Minnella
Federal Bar No. CT038195