# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**United States of America**

*Plaintiff*

v.   Case No.   3:14cr215(JAM)

**Paul Perrotti**

*Defendant*

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Paul Perrotti**

Date:   11/12/15

*Attorney's signature*

Daniel Thibodeau ct29823
*Printed name and bar number*

530 Middlebury Road, Suite 103B
Middlebury, CT 06762
*Address*

Dthibodeau@mtelawfirm.com
*E-mail address*

(203) 573-1411
*Telephone number*

(203) 757-9313
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on   11/12/15   , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Attorney's signature*