✒AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

| | |
|---|---|
| USA | **EXHIBIT AND WITNESS LIST** |
| V. | |
| Paul Perrotti | Case Number: 3:14-cr-00215-JAM-1 |

| PRESIDING JUDGE<br>Jeffrey Alker Meyer | PLAINTIFF'S ATTORNEY<br>Sarah P. Karwan | DEFENDANT'S ATTORNEY<br>Daniel C. Thibodeau |
|---|---|---|
| TRIAL DATE (S)<br>Fatico Hearing 1/28/2016 | COURT REPORTER<br>Diana Huntington | COURTROOM DEPUTY<br>Y. Gutierrez |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 1/28/2016 | | | WITNESS FBI Special Agent, Mellissa Vientos, New Haven CT |
| X | | 1/28/2016 | | Yes | Exhibit #300  Summary Chart of loss amounts |
| X | | 1/28/2016 | | Yes | Exhibit #302 Chart: TD Bank Middlebury Vol. Fire Dept Account |
| X | | 1/28/2016 | | Yes | Exhibit #301  Chart: TD Bank Middlebury Vol. Fire Dept. Account |
| X | | 1/28/2016 | | Yes | Exhibit #303 Chart: TD Bank Middlebury Vol. Fire Dept. Account Summary payments |
| X | | 1/28/2016 | | Yes | Exhibit #303A  Checks and invoices |
| X | | 1/28/2016 | | Yes | Exhibit # 304  Chart |
| X | | 1/28/2016 | | Yes | Exhibit# 305 Chart - debit card summary |
| X | | 1/28/2016 | | Yes | Exhibit #306 CD |
| | X | 1/28/2016 | | | Exhibit #1 FBI Reports |
| X | | 1/28/2016 | | | WITNESS Brendan Browne,  Middlebury, CT |
| | X | 1/28/2016 | | Yes | Exhibit #2 FBI Reports re: Brendan Browne |
| | X | 1/28/2016 | | | WITNESS Darren Wittko, Danbury, CT |
| | X | 1/28/2016 | | | WITNESS James Redway, Middlebury,CT |
| | X | 1/28/2016 | | | WITNESS Paul Perrotti, Middlebury, CT |
| | X | 1/28/2016 | | Yes | Exhibit #3 Paul Perrotti's Electric Wells Fargo Account 2013 |
| | X | 1/28/2016 | | Yes | Exhibit #4 Paul Perrotti's Electric Wells Fargo Account 2012 |
| | X | 1/28/2016 | | Yes | Exhibit #5 Paul Perrotti's Electric Wells Fargo Account 2011 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages