Christopher, Susan & Andrew Ubaldi
36 Rose Court
Middlebury, CT 06762
July 10, 2016

Honorable Jeffrey Alker Meyer
United States District Judge
Richard C. Lee United States Court House
141 Church Street
New Haven, CT 06151

Dear Sir:

We are writing this letter with our son, Andrew Ubaldi, in regards to the Paul Perrotti trial. We feel it is important to explain what we as a family know about the hours that Andrew was working for the Town of Middlebury and also the few hours Andrew was offsite with Paul Perrotti Electric. Andrew was proud of the work he did that summer and frequently reported to us how he spent his working day. Andrew spent the vast majority of his summer working at the Middlebury Fire House, waxing trucks, painting, and performing custodial duties. On a personal note, Mr. Perrotti has been instrumental in developing a work ethic in Andrew and a maturity that will take him into adulthood. Because of this, we have a great deal of respect for Mr. Perrotti and hope you take this into consideration when considering the impact of your final decision. We believe our local community has experienced a loss to the youth and to anyone Paul has helped in his years running the Middlebury Fire Department.

Sincerely,

Christopher, Susan & Andrew Ubaldi